IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PORCO, INC.**,

**Plaintiff,**

v.

**GENETIPORC, U.S.A., LLC,**
**a Minnesota limited liability**
**company,**

**Defendant.**  No. 08-0082-DRH

## ORDER

**HERNDON, Chief Judge:**

The Court hereby **ORDERS** that this case is transferred to District Judge G. Patrick Murphy for all further pleadings. All future pleadings in this case shall bear the civil case number 08-0082-GPM.

**IT IS SO ORDERED.**

Signed this 9th day of June, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**